IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02188-RPM

MCI COMMUNICATIONS SERVICES, INC.,

      Plaintiff,

v.

SURE SHOT DRILLING, INC.,

      Defendant.

_____

ORDER VACATING STAY AND TO RESET SCHEDULING CONFERENCE
_____

      Pursuant to the notices of authority filed by the plaintiff on May 7, 2013, and defendant on May 8, 2013, it is now

      ORDERED that the stay order entered on March 28, 2012, is vacated and this civil action will be set for a scheduling conference at a time to be determined.

      Dated: May 9, 2013

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge