IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02188-RPM

MCI COMMUNICATIONS SERVICES, INC.,

      Plaintiff,

v.

SURE SHOT DRILLING, INC.,

      Defendant.

_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation of Dismissal with Prejudice [22] filed June 3, 2014, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

      Dated: June 4th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge